```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
```
SAMMY PAUL BANCHS,

              Plaintiff,                            JUDGMENT

    v.                                                22-cv-7232 (HG)

FOE ENAMY PEOPLE WHO OWE
ZILLION DOLLERS TILLION,

              Defendants.
```
------------------------------------------------------------ X
```

       A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on December 5, 2022, dismissing Plaintiff's complaint as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); certifying pursuant to 28 U.S.C. §1915(a)(3), that any appeal from this order would not be taken in good faith and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

       ORDERED and ADJUDGED that Plaintiff's complaint is dismissed as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); that pursuant to 28 U.S.C. §1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                                     Brenna B. Mahoney
       December 6, 2022                             Clerk of Court

                                                       By: */s/Jalitza Poveda*
                                                              Deputy Clerk